**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**SCHILLING FOODS, LLC**                                                                          **PLAINTIFF**

**VS.**                                                       **CASE NO. 1:17-cv-00201-MPM-DAS**

**FIRST DATA CORPORATION;
FIRST DATA MERCHANT SERVICES
LLC; CITICORP PAYMENT SERVICES,
INC.; and ABC CORPORATIONS 1-10**                         **DEFENDANTS**

**MOTION OF FIRST DATA CORPORATION,
FIRST DATA MERCHANT SERVICES LLC, AND
<u>CITICORP PAYMENT SERVICES, INC. TO TRANSFER VENUE</u>**

      Defendants First Data Corporation, First Data Merchant Services LLC, and Citicorp Payment Services, Inc. (together, "Defendants") request that the Court transfer this case to the United States District Court for the Western District of Tennessee pursuant to 28 U.S.C. § 1404(a). In support, Defendants rely on the arguments and authorities set forth in the accompanying Memorandum and the materials attached hereto as Exhibit A.

                                                            Respectfully submitted,

                                                            FIRST DATA COROPRATION, FIRST DATA
                                                            MERCHANT SERVICES LLC, and CITICORP
                                                           PAYMENT SERVICES, INC.


                                                            By:<u>*/s/ M. Patrick McDowell*</u>
                                                                M. Patrick McDowell, One of Their Attorneys

02833146

OF COUNSEL:

M. Patrick McDowell (MSB #9746)
Lauren O. Lawhorn (MSB #103896)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol St., Suite 100
Jackson, MS 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
pmcdowell@brunini.com
llawhorn@brunini.com

Scott F. Singley (MSB #100134)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
410 Main Street
Columbus, MS 39701
Telephone: (662) 240-9744
Facsimile: (662) 240-4127
ssingley@brunini.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/ M. Patrick McDowell*
                                                    M. Patrick McDowell