# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**SCHILLING FOODS, LLC**                                       **PLAINTIFF**

**VS.**                         **CASE NO. 1:17CV201-MPM-DAS**

**FIRST DATA CORPORATION;**
**FIRST DATA MERCHANT SERVICES LLC;**
**CITICORP PAYMENT SERVICES, INC.; AND**
**ABC CORPORATIONS 1-10**                        **DEFENDANTS**

### RESPONSE TO DEFENDANTS FIRST DATA CORPORATION'S, AND FIRST DATA MERCHANT SERVICES LLC'S MOTION TO DISMISS

COMES NOW Plaintiff, Schilling Foods, LLC, by and through counsel, and respectfully requests that the Court deny the Motion to Dismiss filed by Defendants First Data Corporation and First Data Merchant Services LLC. In support, Plaintiff relies on the following:

1) The arguments and authorities set forth in its accompanying Memorandum Brief;

2) October 18, 2016 email from Jill Dokson, Senior Counsel First Data Corporation, to David Houston, counsel for Plaintiff, a true and correct copy of which is attached hereto as Exhibit "A"; and

3) Merchant Card Processing Statement, a true and correct copy of which is attached hereto as Exhibit "B".

RESPECTFULLY SUBMITTED, this the 8th day of January, 2018.

                                                                 SCHILLING FOODS, LLC

                                                                  By: */s/L. Bradley Dillard*
                                                                  DAVID W. HOUSTON, III (MSB #2695)
                                                                  L. BRADLEY DILLARD (MSB #10114)
                                                                  J. AARON SPEARMAN (MSB #105028)

2220027

OF COUNSEL:

MITCHELL, MCNUTT & SAMS, P.A.
105 S. FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI  38802-7120
662-842-3871 (telephone)
662-842-8450 (facsimile)
dhouston@mitchellmcnutt.com
bdillard@mitchellmcnutt.com
aspearman@mitchellmcnutt.com

2220027

## **CERTIFICATE OF SERVICE**

I, L. Bradley Dillard, one of the attorneys for Plaintiff, do hereby certify that I have this date forwarded, via electronic filing, a true and correct copy of the above and foregoing *Response to Defendants First Data Corporation's and First Data Merchant Services LLC's Motion to Dismiss* to the following ECF participants:

M. Patrick McDowell (MSB #9746)
Lauren O. Lawhorn (MSB #103896)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol St., Suite 100
Jackson, MS 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
pmcdowell@brunini.com
llawhorn@brunini.com

Scott F. Singley (MSB #100134)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
410 Main Street
Columbus, MS 39701
Telephone: (662) 240-9744
Facsimile: (662) 240-4127
ssingley@brunini.com

DATED, this the 8th day of January, 2018.

                                            */s/L. Bradley Dillard*
                                            L. BRADLEY DILLARD

2220027