**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**SCHILLING FOODS, LLC**                                                   **PLAINTIFF**

**VS.**                                   **CASE NO. 1:17-cv-201-MPM-DAS**

**FIRST DATA CORPORATION;
FIRST DATA MERCHANT SERVICES
LLC; CITICORP PAYMENT SERVICES,
INC.; and ABC CORPORATIONS 1-10**                    **DEFENDANTS**

## ORDER TRANSFERRING VENUE

This cause came before the Court on motion by Defendants to transfer venue of this matter from the United States District Court for the Northern District of Mississippi, Aberdeen Division, to the United States District Court for the Western District of Tennessee, Western Division, pursuant to 28 U.S.C. § 1404(a). Plaintiff no longer opposes Defendants' motion, which the Court finds to be well taken. Accordingly, the Court finds that this matter should be transferred to the United States District Court for the Western District of Tennessee, Western Division.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter is transferred to the United States District Court for the Western District of Tennessee, Western Division, pursuant to 28 U.S.C. § 1404(a).

SO ORDERED AND ADJUDGED, this the 8th day of May, 2018.

                                         **/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE NORTHERN
DISTRICT OF MISSISSIPPI**

02953986